**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 416 WAL 2018

           Respondent           :

                                :   Petition for Allowance of Appeal from

                                :   the Order of the Superior Court

           v.                   :

                                :

ERIC TAYLOR,                    :

                                :

           Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of March, 2019, the Petition for Allowance of Appeal is

**DENIED**.